UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| **JERIMIE DIXON,** an individual, **PLAINTIFF,** v. **FOREST PARK GROUP 1, LLC,** a limited liability company, **DEFENDANT.** | * * * * * * Case No. 3:2024-cv-05053 * * **VOLUNTARY DISMISSAL PURSUANT TO CR 41** * * * * * * * |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice the above-referenced action is voluntarily dismissed, without prejudice against the Defendants.

Dated this the 13h day of August, 2024.

Respectfully submitted,

By: _____
Peter Barnett, WSBA No. 50945
Attorney for Plaintiff
Telephone: 425-298-3922

Email: peter@peterbarnettlaw.com

**DEFENDANT TO BE SERVED:**
FOREST PARK GROUP 1, LLC
C/O SUNG K. PARK
7637 Martin Way East
Olympia, WA 98516